# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Pamela M Kline            BK NO. 23-01702 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB and index same on the master mailing list.

                                Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
02 Aug 2023, 14:20:59, EDT

                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        215-627-1322

Case 5:23-bk-01702-MJC   Doc 15   Filed 08/02/23   Entered 08/02/23 15:54:18   Desc
Document ID: f3ca7780e07ac0f256425c7ab1b10d4cdfba9b97be37b27a5813f1200c4950fe
Main Document    Page 1 of 1