UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Pamela M. Kline<br>　　　　　Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust<br>v.<br><br>Pamela M. Kline<br>Jack N. Zaharopoulos - Bankruptcy Trustee<br>　　　　　Respondents | CASE NO.: 23-01702-MJC<br><br>CHAPTER 13<br><br>Judge:  Mark J. Conway |

## OBJECTION TO CONFIRMATION OF MODIFIED PLAN

**PLEASE TAKE NOTICE** SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust ("Secured Creditor"), the holder of a mortgage on real property of the Debtor, located at 434 Summerhill Road, Berwick, PA 18603, by and through its undersigned attorneys, hereby objects to the confirmation of the Modified Chapter 13 Plan on grounds including:

1. Debtor`s proposed plan is insufficient to provide for the claim of Secured Creditor. The objecting creditor is due arrears of approximately $ 16,806.72 to be set forth in a Claim to be filed by the Claims Deadline.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), *et seq*. unless the plan provides for full payment of the claim.

Dated: September 19, 2023

　　　　　　　　　　　　　　　　　　　　By: /s/ Lauren Moyer
　　　　　　　　　　　　　　　　　　　　Lauren Moyer, Esq.
　　　　　　　　　　　　　　　　　　　　**FRIEDMAN VARTOLO LLP**
　　　　　　　　　　　　　　　　　　　　Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust

1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Pamela M. Kline<br>　　　　　Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust<br>v.<br><br>Pamela M. Kline<br>Jack N. Zaharopoulos - Bankruptcy Trustee<br>　　　　　Respondents | CASE NO.: 23-01702-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF PLAN**

The undersigned counsel for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust, ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the Objection to Plan filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

The type(s) of service made on the parties was: electronic notification or first class mail, postage pre-paid. Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: 09/19/2023

By: /s/ Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

TO:

Pamela M. Kline
434 Summerhill Rd
Berwick, PA 18603
Bankruptcy Debtor

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

Robert Spielman
29 East Main Street, Suite D
Bloomsburg, PA 17815
Attorney

Asst. U.S. Trustee
1501 N. 6th St
Harrisburg, PA 17102
United States Trustee