| | |
|---|---|
| In re<br>Pamela M Kline | Chapter 13<br><br>Case No 5:23-01702-MJC |

SN Servicing Corporation as servicer for
U.S. Bank Trust National Association as
Trustee of Lodge Series IV Trust
    Movant
v

Pamela M Kline
    Debtor
Terry S Kline
    Co-Debtor
Jack N Zaharopoulos
    Trustee
        Respondents

### ANSWER OF DEBTOR TO STAY RELIEF MOTION OF MORTGAGEE

Pamela M Kline (the "Debtor"), by Debtor's attorney, Robert Spielman, states the following:

1. Admitted.

2. Admitted in part and denied in part. It is admitted that Debtor executed a certain Note ("Note") in favor of American Consumer Discount. It is not admitted that Plaintiff is the holder of that Note. The assignment of the Note from American Consumer Discount is not alleged or documented in the complaint.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted. In further answer, the Debtor will cure the post-petition default within a reasonable amount of time. In further answer, the Debtor is current in her Chapter 13 payments to the Chapter 13, and those payments provide for the cure of the pre-petition

default claimed by the Plaintiff.

10. Admitted. In further answer, the Debtor will cure the post-petition default within a reasonable amount of time. In further answer, the Debtor is current in her Chapter 13 payments to the Chapter 13, and those payments provide for the cure of the pre-petition default claimed by the Plaintiff.

11. No answer required. Plaintiff is simply reciting a portion of the US Bankruptcy Code.

12. No answer required. Plaintiff is simply reciting a partial holding in a case that was decided outside fo this District and outside of this Circuit.

13. Denied, for two reasons:

    A. The Debtor will cure the post-petition default within a reasonable amount of time.

    B. The Debtor is current in her Chapter 13 payments to the Chapter 13, and those payments provide for the cure of the pre-petition default claimed by the Plaintiff.

14. Denied, for two reasons:

    A. The Debtor will cure the post-petition default within a reasonable amount of time.

    B. The Debtor is current in her Chapter 13 payments to the Chapter 13, and those payments provide for the cure of the pre-petition default claimed by the Plaintiff.

15. To the extent that Paragraph 15 is an allegation, the Debtor denies that the requested compensation is either reasonable or appropriate. The complained default is only $2105.34 less suspense of $507.33, or $1598.01, yet the Plaintiff wants to saddle the Debtor with an additional $1249 in legal fees and costs. The Debtor does not believe that the proposed fee is either reasonable or necessary under the circumstances.

**WHEREFORE**, the Debtor requests that the Motion be dismissed; and that the Court grant such other relief as is just.

**LAW OFFICES OF ROBERT SPIELMAN, P.C.**


**BY: /s/ Robert Spielman**
Robert Spielman
PA ID No 21489
29 East Main Street
Bloomsburg, PA 17815
570-380-1072
E-mail bobspielman@yahoo.com
Website robertspielman.com

Bloomsburg, Pennsylvania
Dated:  March 24, 2024

## CERTIFICATION OF SERVICE

      I, Robert Spielman, 29 East Main Street, Bloomsburg, PA 17815-1485 certify: that I am, and at all times hereinafter mentioned was, more than 18 years of age; and that on the date set forth below, I served a copy of the annexed Answer on:

Jack N Zaharopoulos
8125 Adams Dr Ste A
Hummelstown PA 17036

Lauren Moyer, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Lodge Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

by first class mail, postage prepaid, addressed as set forth above, or by electronic transmission. I certify under penalty of perjury that the foregoing is true and correct.

**LAW OFFICES OF ROBERT SPIELMAN, P.C.**

**BY: /s/ Robert Spielman**
Robert Spielman
PA ID No 21489
29 East Main Street
Bloomsburg PA 17815
570-380-1072
E-mail bobspielman@yahoo.com
Website robertspielman.com

Bloomsburg, Pennsylvania
Dated: March 24, 2024