| In re: | Case No. 23-01702-MJC |
|---|---|
| Pamela M Kline | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 17, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Terry S. Kline, 434 Summerhill Road, Berwick, PA 18603-5833 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Robert Spielman | on behalf of Debtor 1 Pamela M Kline bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Pamela M. Kline<br>　　　　Debtor<br>Terry S. Kline<br>　　　　Co-Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Lodge Series IV Trust<br>v.<br><br>Pamela M. Kline<br>Terry S. Kline – Co-Debtor<br>Jack N. Zaharopoulos -- Trustee<br>　　　　Respondents | CASE NO.: 5:23-01702-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway |

## ORDER

Upon consideration of the Stipulation filed at Dkt. # 36 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED** as to the signatories of the Stipulation. As the Co-Debtor has not executed the Stipulation, no relief is entered as to the Co-Debtor.

By the Court,

_/s/ Mark J. Conway_
Mark J. Conway, Bankruptcy Judge
Dated: May 17, 2024

Case 5:23-bk-01702-MJC    Doc 38    Filed 05/19/24    Entered 05/20/24 00:21:21    Desc
Imaged Certificate of Notice    Page 2 of 2