United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-01702-MJC |
| Pamela M Kline | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 3
Date Rcvd: Sep 20, 2024        Form ID: ordsmiss        Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela M Kline, 434 Summerhill Rd, Berwick, PA 18603-5833 |
| 5556959 | + | Geisinger Medical Center, 100 N Academy Ave, Danville, PA 17822-0001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 20 2024 22:37:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 20 2024 18:38:00 | Onyx Bay Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | ^ | MEBN | Sep 20 2024 18:36:09 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5556957 | + | EDI: CAPITALONE.COM | Sep 20 2024 22:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5556958 | + | EDI: CAPONEAUTO.COM | Sep 20 2024 22:37:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5558002 | + | EDI: AISACG.COM | Sep 20 2024 22:37:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5560780 | + | EDI: AISACG.COM | Sep 20 2024 22:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5564615 | | EDI: CAPITALONE.COM | Sep 20 2024 22:37:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5565810 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2024 18:47:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5556960 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 20 2024 18:38:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5556961 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2024 18:47:06 | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5566293 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2024 18:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5630105 | + | Email/Text: RASEBN@raslg.com | Sep 20 2024 18:38:00 | Onyx Bay Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5558872 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 18:47:21 | Pinnacle Credit Services, LLC, Resurgent Capital |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5566697 | + | Email/Text: bknotices@snsc.com | Sep 20 2024 18:38:00 | SN Servicing Corporation as, Servicer for U.S. Bank Trust N.A., 323 Fifth Street, Eureka CA 95501-0305 |
| 5564849 | ^ | MEBN | Sep 20 2024 18:36:08 | SN Servicing Corporation as servicer, for U.S. Bank Trust N.A.1325 Franklin Av, Garden City, New York 11530-1666 |
| 5556962 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 20 2024 18:38:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5556963 | + | Email/Text: bknotices@snsc.com | Sep 20 2024 18:38:00 | Sn Servicing Corporati, 323 5th St, Eureka, CA 95501-0305 |
| 5558954 | + | Email/Text: RASEBN@raslg.com | Sep 20 2024 18:38:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5559447 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 20 2024 18:38:00 | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Robert Shearer | on behalf of Creditor Onyx Bay Trust rshearer@raslg.com |

| | |
|---|---|
| Robert Spielman | on behalf of Debtor 1 Pamela M Kline bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Pamela M Kline,                   Chapter     13

    **Debtor 1**

                                                   Case No.     5:23−bk−01702−MJC

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: September 20, 2024

ordsmiss (05/18)